IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00212 AWI |
| | ) | |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| v. | ) | |
| | ) | |
| ANTONIA SERRANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to ANTONIA SERRANO, without prejudice and that all conditions of release be exonerated.


IT IS SO ORDERED.

**Dated:     January 21, 2010**                           **/s/ Anthony W. Ishii**
                                                                      CHIEF UNITED STATES DISTRICT JUDGE

1